UNITED STATES BANKRUPTCY COURT                    Eastern DISTRICT of PENNSYLVANIA

In re    LANYETTA A. NOLE                                    Debtor(s) Case No.  11-19838-BIF

**CHAPTER 13 PLAN**

(*If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.*)

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of **$900.00 monthly** for a period of **60** months.

2. From the payments so received, the trustee shall make disbursements as follows:

    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.

        1. $1,300.00 to Young, Klein & Associates, LLC for balance of legal fees.
        2. $700.00 to City of Philadelphia for delinquent water bill/municipal lien.

    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

        1. $38,000.00 to American Home Mortgage for estimated arrears on home (total amount to be amended upon receipt of Proof of Claim).  Debtor to resume monthly first mortgage payments outside of Plan.
        2. $7,000.00 to Citifinancial Auto for estimated balance of vehicle loan including interest (total amount to be amended upon receipt of Proof of Claim) on 2000 Lincoln Navigator. Total payments to be made through Trustee office.

    (c) Subsequent to – pro rata dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

    Remaining disposable income to be distributed pro rata to unsecured creditors who file timely Proofs of Claim.

3. The following executory contracts of the debtor are rejected:

    Title to the debtor's property shall revest in the debtor on confirmation of a plan -- upon dismissal of the case after confirmation pursuant to U.S.C. § 350.


Date: 12/30/11                    /s/Ellis B. Klein
                                  Ellis B. Klein, Esquire