UNITED STATES BANKRUPTCY COURT          Eastern DISTRICT of PENNSYLVANIA

In re    LANYETTA A. NOLE                              Debtor(s) Case No.  11-19838-BIF

## AMENDED CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of **$1200.00 monthly** per month for the remaining 53 months in the plan.  Tier funding:  $5,400 paid to date; debtor to pay $1,200 per month for the remaining 53 months beginning with the August 2012 trustee payment.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.

      1. $1,300.00 to Young, Klein & Associates, LLC for balance of legal fees.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

      1. $36,803.04 to American Home Mortgage for arrears on home (arrears per Proof of Claim).  Debtor to resume monthly first mortgage payments outside of Plan.
      2. $7109.02 to Capital Asset Recovery for balance of vehicle loan including 6% interest (total amount per Proof of Claim) on 2000 Lincoln Navigator. Total payments to be made through Trustee office.
      3. $1,910.85 to City of Philadelphia for delinquent water bill/municipal lien.

   (c) Subsequent to – pro rata dividends to secured creditors, dividends to unsecured   creditors whose claims are duly allowed as follows:

      100 % to be distributed pro rata to unsecured creditors who file timely Proofs of Claim.

3. The following executory contracts of the debtor are rejected:

   Title to the debtor's property shall revest in the debtor on confirmation of a plan -- upon dismissal of the case after confirmation pursuant to U.S.C.  § 350.

Date: 7/20/12                    /s/Ellis B. Klein
                                 Ellis B. Klein, Esquire